Robert LEWIS, Appellant,

v.

STATE of Missouri, Respondent.

No. 56968.

Missouri Court of Appeals,
Eastern District,
Division One.

June 19, 1990.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Aug. 29, 1990.

Application to Transfer Denied
Oct. 16, 1990.

Michael D. Burton, Ellen A. Blau, St.
Louis, for appellant.

William L. Webster, Atty. Gen., Christine
A. Alsop, Asst. Atty. Gen., Jefferson City,
for respondent.

ORDER

PER CURIAM.

Appellant, Robert Lewis a/k/a Stanley
Johnson, appeals from the denial of a mo-
tion to vacate judgment and sentence pur-
suant to Rule 27.26 with an evidentiary
hearing. We have reviewed appellant's al-
legations of error, the entire record upon
which they are based, and the findings and
conclusions of the motion court. We do not
find the court's action to be clearly errone-
ous and find that an extended opinion
would have no precedential value and,
therefore, we affirm pursuant to Rule 84.-
16(b). A memorandum solely for the use
of the parties involved has been provided
explaining the reasons for our decision.